**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Harold Leon McGHEE, Defendant–**
**Appellant.**

**No. 95–6323.**

United States Court of Appeals,
Sixth Circuit.

Sept. 19, 1996.

Before: MERRITT, Chief Judge;
KENNEDY, MARTIN, NELSON, RYAN,
BOGGS, NORRIS, SUHRHEINRICH,
SILER, BATCHELDER, DAUGHTREY,
MOORE and COLE, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED** that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellant file a supplemental brief not later than Monday, October 21, 1996, and the appellee file a supplemental brief not later than Monday, December 23, 1996. Reargument will be scheduled for Wednesday, March 12, 1997.